UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-61372-WPD

MARC KATZ, on behalf of himself
and others similarly situated,

       Plaintiff,

v.

BANK OF AMERICA, N.A.,
a national bank,

       Defendant.
_____ /

## NOTICE OF SETTLEMENT

Plaintiff MARC KATZ and Defendant BANK OF AMERICA, N.A. hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff as against BANK OF AMERICA, N.A., and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim against BANK OF AMERICA, N.A., and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 9th day of January, 2014.

                              BRET L. LUSSKIN, Esq.
                              *Attorney for Plaintiff*
                              20803 Biscayne Blvd., Ste. 302
                              Aventura, Florida 33180
                              Telephone: (954) 454-5841
                              Facsimile: (954) 454-5844
                              blusskin@lusskinlaw.com

                              By: /s/ Bret L. Lusskin, Esq.
                                    Bret L. Lusskin, Esq.
                                    Florida Bar No. 280690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of January, 2014, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste. 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069

2